UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CORINA JEFREDO                    )
                                  )
        Plaintiff,                )        Case No. 2:25-cv-11425-SSC
                                  )
    v.                            )
                                  )        ORDER FOR STIPULATION FOR THE
                                  )        AWARD AND PAYMENT OF
COMMISSIONER OF                   )        ATTORNEY FEES AND EXPENSES
SOCIAL SECURITY                   )        PURSUANT TO THE EQUAL ACCESS
ADMINISTRATION,                   )        TO JUSTICE ACT
                                  )
        Defendant.                )
_____  )

Based upon the parties' Stipulation for the Award and Payment of Equal Access

to Justice Act (EAJA) Fees and Expenses, IT IS ORDERED, that fees in the amount of

Nine Thousand Seven Hundred and Seventy Two Dollars and Thirty Seven Cents

($9,772.37) and zero dollars ($0) in costs as authorized by 28 U.S.C. § 2412 be

awarded subject to the terms of the Stipulation.

        April 13, 2026
DATED:_____         _____
                              HON. STEPHANIE S. CHRISTENSEN
                              U.S. MAGISTRATE JUDGE